**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IBET TOLTOWICZ,

    Plaintiff,

v.                                          Case No: 6:17-cv-560-Orl-28TBS

LTD FINANCIAL SERVICES, L.P.,

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Notice of Settlement, Doc. 18).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on August 15, 2017.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record